■ TIFFANY & COMPANY, Petitioner, v PAULA SMITH et al.,
Respondents. [638 NYS2d 454] —Determination of respondent
State Division of Human Rights dated November 23, 1994,
which, *inter alia*, awarded respondent Smith back pay plus
interest, and $300,000 for mental anguish and compensatory
damages, unanimously confirmed, the petition denied, and the
proceeding brought pursuant to Executive Law § 298 (trans-
ferred to this Court by order of the Supreme Court, New York
County [Leland DeGrasse, J.], entered on February 17, 1995)
unanimously dismissed, without costs.

The time limitations set forth in Executive Law § 297 (2) (a)
and (4) (a) are directory, not mandatory, and petitioner has
failed to demonstrate any prejudice as a result of the delay in
processing the complaint (*see, Matter of 935 Nicholas Renting
Assocs. v State Div. of Human Rights*, 223 AD2d 377). Claims
arising from petitioner's employees' discriminatory conduct
were not time-barred since there was continuing impact on the
complainant (*see, Mendoza v State Div. of Human Rights*, 74

AD2d 508, 509-510), and the constant, egregious, and blatant conduct warranted the relief awarded (*cf., Matter of New York City Tr. Auth. v State Div. of Human Rights*, 181 AD2d 891, *lv denied* 80 NY2d 762; *Sogg v American Airlines*, 193 AD2d 153, 163, *lv denied* 83 NY2d 754, *lv dismissed* 83 NY2d 846). We have reviewed petitioner's remaining arguments and find them to be without merit. Concur—Murphy, P. J., Ross, Tom and Mazzarelli, JJ.